1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    ELISABETH OLIVIERI,

11               Plaintiff,

12      v.

13    COMMISSIONER OF SOCIAL
SECURITY,

14

              Defendant.

CASE NO. 2:20-cv-00991-JRC

ORDER GRANTING EXTENSION
TO FILE ADMINISTRATIVE
RECORD

15        This matter is before the Court on defendant's request to extend the time in which to file

16 the Administrative Record ("AR") in light of the COVID-19 outbreak's impact on the

17 Commissioner's operations. *See* Dkts. 12, 13. Based on defendant's motion and that plaintiff

18 has no opposition, the Court will grant the request. The AR is due November 3, 2020. If the AR

19 becomes available to the Office of General Counsel before October 24, 2020, defendant shall file

20 the AR within 10 days of when it becomes available.

21        Dated this 6th day of October, 2020.

22

23                                    J. Richard Creatura
United States Magistrate Judge

24